IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO.: 3:23-MJ-87  **SEALED**

| | |
|---|---|
| IN RE APPLICATION OF THE UNITED STATES OF AMERICA FOR A CRIMINAL COMPLAINT AND AN ARREST WARRANT FOR YURY NAGIBOVICH | **ORDER SEALING CRIMINAL COMPLAINT** |

UPON MOTION of the United States of America for an order directing that the Complaint, Affidavit, and Warrant, and any other related documents, the Motion to Seal, and this Order be sealed to protect the secrecy of the on-going nature of the investigation in this matter until further order of this Court,

**IT IS HEREBY ORDERED** that the Complaint, Affidavit, and Warrant, any other related documents, the Motion to Seal, and this Order, be sealed until further order of this Court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office (via email to nick.miller@usdoj.gov).

SO ORDERED this 31st day of March 2023.

Signed: March 31, 2023

_____
David C. Keesler
United States Magistrate Judge